07005450

# Office of the Sheriff



**KEVIN C. LARKIN
SHERIFF**



MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. Box 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-6100
FAX: (609) 278-8041

**UNDERSHERIFFS
MICHAEL D. GERASIMOWICZ
DENNIS J. TOBOLSKI
CAROLYN E. WALTON

ASSISTANT TO THE SHERIFF
CATHLEEN G. GARTON

CHIEF SHERIFF'S OFFICER
JOHN A. KEMLER

CHIEF WARRANT OFFICER
DENNIS J. MCMANIMON**

PLAINTIFF    JANE NELSON                              DOCKET #    07-CV-9333

DEFENDANT    MERCK & CO INC

I SERVED THE FOLLOWING    US DISTRICT COURT, OUT OF STATE, SUMMONS & COMPLAINT

ON THE WITHIN-NAMED DEFENDANT (S) IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | DATE SERVED | TIME SERVED | AGENCY |
|---|---|---|---|
| MERCK & CO INC | 12/13/07 | 1100 HRS | CORPORATION TRUST COMPANY<br>Registered Agent<br>Tyeasha Weaver<br>Manager or Managing Agent<br>820 Bear Tavern Road,<br>Ewing Twp |

I, KEVIN C. LARKIN,
Sheriff of Mercer County, do
hereby deputize and appoint
_____
to be my Deputy, to execute and
return the writ according to law.

Witness my hand and seal this
_13_ day of _Dec_
A.D. 2007

Sheriff (L.S.)
Sheriff's Fee: $$33.50
Notary Fee  $

OTHER (Comment)
_____

KEVIN C. LARKIN, SHERIFF, by

_____
Special Deputy

LENORA R. ALLEN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/29/2012
_Lenora R. Allen_

Sworn to and subscribed
before me this
_13_ day of _Dec_ 20_07_

RA CTC